UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JENNILLE LOVE ALLEN,

    Plaintiff,

vs.

BOARD OF EDUCATION,
THE SIDNEY CITY SCHOOL DISTRICT,

    Defendant.

Case No. 3:25-cv-101

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) GRANTING DEFENDANT BOARD OF EDUCATION OF THE SIDNEY CITY SCHOOL DISTRICT'S UNOPPOSED MOTION TO STAY THE PROCEEDINGS (Doc. No. 10); AND (2) STAYING FURTHER PROCEEDINGS PENDING A DECISION ON THE MOTION FOR JUDGMENT ON THE PLEADINGS (Doc. No. 9)**

---

After due consideration, the Court **GRANTS** Defendant Board of Education of The Sidney City School District's unopposed motion for a stay of the litigation while the motion for judgment on the pleadings is under consideration. Doc. No. 10. Further proceedings in this case are **STAYED** pending the Court's decision on the motion for judgment on the pleadings. Doc. No. 9.

    **IT IS SO ORDERED.**

October 6, 2025                                              s/*Michael J. Newman*
                                                                         Hon. Michael J. Newman
                                                                         United States District Judge