UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JENNILLE LOVE ALLEN,

      Plaintiff,

vs.

BOARD OF EDUCATION,
THE SIDNEY CITY SCHOOL DISTRICT,

      Defendant.

Case No. 3:25-cv-101

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT (Doc. No. 17); (2) DIRECTING THE CLERK OF COURT TO DOCKET PLAINTIFF'S FIRST AMENDED COMPLAINT; (3) DENYING AS MOOT DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS (Doc. No. 9); (4) DENYING AS MOOT DEFENDANT'S MOTION TO STAY (Doc. No. 19); AND (5) REFERRING THIS CASE TO MAGISTRATE JUDGE PETER B. SILVAIN, JR., IN HIS ROLE AS MEDIATION COORDINATOR, TO ASSIGN THIS CASE TO THE APPROPRIATE MAGISTRATE JUDGE FOR MEDIATION**

---

This is a civil case in which Plaintiff Jennille Love Allen, through counsel, alleges racial and sexual discrimination, as well as retaliation, against Defendant, the Sidney, Ohio City School District Board of Education. Doc. No. 1. Currently pending before the Court is Defendant's motion for judgment on the pleadings. Doc. No. 9. Plaintiff filed a response in which she requested leave to file an amended complaint. Doc. No. 14. Plaintiff then filed a motion for leave to file the amended complaint and attached the proposed amended complaint. Doc. No. 17. Defendant has responded (Doc. No. 18) and filed a motion to stay the case pending a ruling on the motion for leave (Doc. No. 19). The Court has carefully considered all of the foregoing, and the motion for leave to amend, motion for judgment on the pleadings, and motion to stay are now ripe for decision.

2

Leave to amend must be "freely" given "when justice so requires." Fed. R. Civ. P. 15(a)(2). In light of Plaintiff's motion to file an amended complaint, and after review of the attached proposed complaint, the Court finds it would not be futile to allow its filing. Therefore, the Court **DIRECTS** the Clerk of Court to docket Plaintiff's first amended complaint.

Accordingly, Defendant's motion for judgment on the pleadings, which attacked Plaintiff's initial pleading, is **DENIED AS MOOT**. Additionally, the Court **DENIES AS MOOT** Defendant's motion to stay. Finally, this matter is **REFERRED** to Magistrate Judge Peter B. Silvain, Jr., in his role as mediation coordinator, to assign this case to the appropriate Magistrate Judge for mediation.

**IT IS SO ORDERED.**

February 26, 2026                         s/*Michael J. Newman*
                                          Hon. Michael J. Newman
                                          United States District Judge

2